**Scott ANDERSON, Plaintiff–Appellant**

**v.**

**OFFICE DEPOT INC., Defendant–Appellee.**

**No. 09–60395**

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Jan. 11, 2010.

Michael Farrell, Jackson, MS, for Plaintiff–Appellant.

Bethany Brantley Johnson, Ashley Eley Cannady, Ogletree Deakins, Ridgeland, MS, for Defendant–Appellee.

---

Before REAVLEY, DAVIS, and HAYNES, Circuit Judges.

PER CURIAM: *

The issues appellant raises do not reach the controlling disposition of this case. That is whether plaintiff-appellant presented any evidence, direct or circumstantial, that his discharge was motivated by racial discrimination on the part of the defendant. The district judge correctly ruled that whether the defendant discharged the plaintiff for using what could be a racial slur, of itself, was not evidence of defendant's discrimination.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.